PEOPLE, Respondent, v. MARINO, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the State of New York against Thomas Marino. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. MARKEL, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Proceeding by the People of the State of New York against Adolph Markel. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. MARTO, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Proceeding by the People of the State of New York against Antonio Marto. No opinion. Motion to dismiss appeal granted.

PEOPLE v. METROPOLITAN SURETY CO. UNITED STATES v. YAWGER. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Proceeding by the People of the State of New York against the Metropolitan Surety Company. Petition by the United States of America, for the use of the Crane Company, against John F. Yawger, as receiver of the Metropolitan Surety Company. No opinion. Motion granted by default. See, also, 150 App. Div. 885, 133 N. Y. Supp. 1055.

PEOPLE, Respondent, v. MEYER, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Christian Meyer. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. MUNGER, Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Proceeding by the People of the State of New York against Lena Munger (or Schiller). No opinion. Motion denied, on condition that appellant perfect her appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted.

PEOPLE v. NELSON. (Supreme Court, Appellate Division, Third Department. May 14, 1913.) Appeal from Trial Term, Albany County. Alfred Nelson was convicted of manslaughter in the first degree, and he appeals. Reversed, and new trial ordered. See, also, 140 N. Y. Supp. 1137. Mahany & Kingston, of Buffalo (Timothy G. Sheehan, of New York City, of counsel), for appellant. Rollin B. Sanford, Dist. Atty., of Albany, for the People.

PER CURIAM. We think that the defendant was not accorded that fair and impartial trial to which the law entitled him, that the district attorney transcended the bounds of propriety in summing up the case, that the justice presiding failed to admonish him to keep within bounds, and that the error in the charge on the question of motive was not cured by the subsequent remarks of the justice on the request of the district attorney. The judgment of conviction should be reversed, and a new trial ordered.

PEOPLE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Proceeding by the People of the State of New York against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument (of 140 N. Y. Supp. 902) denied, with $10 costs.

PEOPLE, Respondent, v. NEYLON, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against James Neylon. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. OSTRANDER, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Ernest Ostrander. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. PETERSON, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Peter Peterson. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. PIETRACCONE, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Michael Pietraccone. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. POLICI, Appellant. (Supreme Court, Appellate Division. Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Charles Polici. No opinion. Motion to dismiss appeal granted.

PEOPLE v. PRAVDER. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Proceeding by the People of the State of New York against Philip Pravder. No opinion. Motion granted. Oder filed.

PEOPLE, Respondent, v. QUINLAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Proceeding by the People of the State of New York against Joseph Quinlan. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. RAPPA, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Proceeding by the People of the State of New York against Marie Rappa. No opinion. Judgment